UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61196-CIV-MARRA/JOHNSON

MERLE WOOD & ASSOCIATES,
INC., a Florida corporation

    Plaintiff,

vs.

TRINITY YACHTS, LLC,
a Louisiana corporation,

    Defendant.
_____/

## ORDER

This cause is before the Court upon the parties' Stipulation of Dismissal without Prejudice [DE 14], filed November 9, 2007. The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED and ADJUDGED** as follows:

1. The above-styled action is hereby **DISMISSED WITHOUT PREJUDICE**.

2. The parties are to bear their own costs and attorney's fees.

3. All pending motions are **DENIED AS MOOT.**

4. The Clerk shall **CLOSE THIS CASE.**

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 13th day of November, 2007.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:

all counsel of record

All counsel of record